## DECLARATION OF MARCO SIMONS

I, Marco Simons, declare as follows:

1. I am an attorney and a member of the bars of the states of Washington and California and of the District of Columbia, as well as the U.S. District Court for the District of Columbia. I am the General Counsel of EarthRights International, counsel for the plaintiffs in the above-captioned case and in a related case arising from the same claims, *Doe v. Chiquita Brands International, Inc.*, No. 08-CV-80421 (S.D. Fla.), originally filed in the District of New Jersey (the "New Jersey case"). The facts stated herein are based on my personal knowledge. If called upon to do so I could and would competently testify thereto.

2. The claims in the above-captioned case are identical to the claims brought in the New Jersey case, although the New Jersey case includes many more defendants. The New Jersey case originally named decedent Roderick M. Hills as a defendant, and substituted in Carla Hills, as personal representative of the estate of Mr. Hills, after his death. At no point has any defendant, including Chiquita, the late Mr. Hills, and the Defendant here, Ms. Hills, objected to the Plaintiffs' use of pseudonyms in the New Jersey case.

3. Attached hereto as Exhibit 1 is a true and correct copy of the translated English version Declaration of Federico Andrés Paulo Andreu Guzmán, Plaintiffs originally filed as Exhibit 9 in the *Chiquita* MDL on June 23, 2015, in support of their opposition to the defendants' motion to dismiss based on *forum non conveniens*. *In re Chiquita Brands Int'l, Inc., Alien Tort Statute & Shareholder Derivative Litigation*, 792 F. Supp. 2d 1301 (S.D. Fla. 2011), DE 832-17. The original version of this declaration was drafted in Spanish and likewise filed in the *Chiquita* MDL. DE 832-15.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on this 2 day of October, 2015, at Washington, the District of Columbia.

By: *Marco Simons*

MARCO SIMONS
**EarthRights International**
1612 K Street NW #401
Washington, DC 20006
Tel: 202-466-5188 x103
Fax: 202-466-5189
marco@earthrights.org

2