# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: CHIQUITA BRANDS INTERNATIONAL,
INC., ALIEN TORT STATUTE AND
SHAREHOLDERS DERIVATIVE LITIGATION**                     MDL No. 1916

(SEE ATTACHED SCHEDULE)

FILED

NOV 2 1 2017

**CONDITIONAL TRANSFER ORDER (CTO −11)** Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

On February 20, 2008, the Panel transferred 5 civil action(s) to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 536 F.Supp.2d 1371 (J.P.M.L. 2008). Since that time, 13 additional action(s) have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Kenneth A. Marra.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Marra.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of February 20, 2008, and, with the consent of that court, assigned to the Honorable Kenneth A. Marra.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted

Nov 17, 2017

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Certified to be a true and
correct copy of the document on file
Steven M. Larimore  Clerk,
U.S. District Court
Southern District of Florida
by  *Graciela Gomez*
Date  **Nov 21, 2017**

**IN RE: CHIQUITA BRANDS INTERNATIONAL,
INC., ALIEN TORT STATUTE AND
SHAREHOLDERS DERIVATIVE LITIGATION**                     MDL No. 1916

### SCHEDULE CTO−11 − TAG−ALONG ACTIONS

| <u>DIST</u> | <u>DIV.</u> | <u>C.A.NO.</u> | <u>CASE CAPTION</u> |
|---|---|---|---|

DISTRICT OF COLUMBIA

| DC | 1 | 15−01586 | DOES v. HILLS |
|---|---|---|---|